**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| AVA R. MANDEL, *Plaintiff,* v. DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY, *Defendant.* | Case No. 25-cv-2025-ABA |

**ORDER**

As Plaintiff has filed a Redacted Complaint, ECF No. 34, in compliance with the Court's Order, ECF No. 33, the Court hereby ORDERS as follows:

1. The Clerk is directed to SEAL the Complaint (ECF No. 1) and the exhibits to the Complaint (ECF Nos. 7 & 8); and

2. The Clerk is directed to UNSEAL the case.

Date:  January 21, 2026

_____/s/_____
Adam B. Abelson
United States District Judge