IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**HD**

Rcv'd by: _____

AVA R. MANDEL,

    Plaintiff,

v.

DEFENSE COUNTERINTELLIGENCE
AND SECURITY AGENCY,

    Defendant.

Case No. 1:25-cv-2025-ABA

USDC- BALTIMORE
'26 MAR 19 AM10:18

## NOTICE OF DEFENDANT'S FAILURE TO FILE RESPONSIVE PLEADING

Plaintiff Ava R. Mandel, proceeding pro se, respectfully submits this Notice regarding

Defendant's failure to file a responsive pleading in accordance with the Federal Rules of Civil

Procedure and this Court's Order.

1. On January 21, 2026, this Court entered an Order providing that "[n]othing in this Order alters or stays Defendant's obligation to file responsive pleadings in either action absent further order of the Court." (ECF No. 36).

2. Plaintiff filed a Redacted Complaint (ECF No. 34) in compliance with the Court's Order.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendant's responsive pleading was due within sixty (60) days of service of the operative complaint.

4. The deadline for Defendant's responsive pleading has now passed.

5. On March 18, 2026, Defendant filed a Reply in support of its Motion to Consolidate (ECF No. 39), demonstrating Defendant's active participation in this litigation.

6. However, Defendant has not filed an Answer, Motion to Dismiss, or Motion for Extension of Time in Case No. 1:25-cv-2025-ABA.

7. No order of this Court has stayed Defendant's obligation to respond.

WHEREFORE, Plaintiff respectfully notifies the Court of Defendant's failure to file a responsive pleading and respectfully requests that the Court direct Defendant to file its responsive pleading by a date certain or provide such other relief as the Court deems appropriate.

**Date:** March _19_, 2026

Respectfully submitted,

/s/ **Ava R. Mandel**

Ava R. Mandel
Plaintiff, Pro Se
P.O. Box 545
503 Market Street
Denton, MD 21629
armandel762@gmail.com | 443-366-9406

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _19th_ day of _March_, 2026, I caused a copy of the foregoing Notice of Defendant's Failure to File Responsive Pleading to be served electronically via the Court's CM/ECF system upon counsel for Defendant at the address listed below:

**S. Nicole Nardone**
Assistant United States Attorney
Office of the United States Attorney
District of Maryland
Email: Nicole.Nardone@usdoj.gov

Respectfully submitted,

/s/ **Ava R. Mandel**

Ava R. Mandel
Plaintiff, Pro Se
P.O. Box 545
503 Market Street
Denton, MD 21629
armandel762@gmail.com | 443-366-9406

3